UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

_____

FEDERAL TRADE COMMISSION and )
STATE OF MAINE, )
                                    )
    Plaintiffs, )
                                    )
    v. ) Case No. 1:17-cv-00067-NT
                                    )
XXL IMPRESSIONS LLC, a limited liability )
company, also d/b/a BETTER HEALTH )
NUTRITIONALS, )
                                    )
JEFFREY R. POWLOWSKY, individually )
and as an owner and officer of XXL )
IMPRESSIONS LLC, )
                                    )
J2 RESPONSE L.L.P., a limited liability )
partnership, also d/b/a J2 RESPONSE, )
                                    )
JUSTIN BUMANN, individually )
and as a partner of J2 RESPONSE L.L.P., )
                                    )
JUSTIN STEINLE, individually and as a )
partner of J2 RESPONSE L.L.P., )
                                    )
SYNERGIXX, LLC, a limited liability )
company, also d/b/a CTF MEDIA, )
                                    )
CHARLIE R. FUSCO, individually )
and as an owner and officer of SYNERGIXX, )
LLC, )
                                    )
RONALD JAHNER, and )
                                    )
BRAZOS MINSHEW a/k/a SAMUEL BRANT, )
                                    )
    Defendants. )
_____ )

**ORDER STAYING CASE AS TO
DEFENDANTS SYNERGIXX, LLC AND CHARLIE FUSCO**

    Having reviewed the parties' Joint Motion to Stay Litigation for 90 Days

Pending Settlement as to Defendants Synergixx, LLC and Charlie Fusco, this Court hereby ORDERS that litigation in this matter is stayed for ninety (90) days and, accordingly, the parties are excused from all required answers, responses, scheduling conferences and pre-discovery filings for the next ninety (90) days, and all deadlines regarding the same are hereby extended by ninety (90) days from the date of this Order, so that the parties may complete a settlement.

                                                  /s/ Nancy Torresen
                                                  U. S. Chief District Court Judge

Dated this 30th day of May, 2017.